# Richard Tanenbaum, Esq.
Attorney at Law

224 F<small>RANKLIN</small> A<small>VENUE</small>  
S<small>UITE</small> B4  
H<small>EWLETT</small> , NY 11557

P<small>H</small>: (347) 291-1776  
F<small>X</small>: (866) 413-9205  
Email:  rt@lawyer.com  
NOTE:  Service is not accepted by fax or email without prior approval.



April 13, 2011

RE:   Debtor:      Avenue L Realty LLC  
         Case No.    11-            71580  
                          Chapter 11 Reorganization  
                          **<u>Adjournment of  Meeting of Creditors</u>**

TO:      All Parties

Please take notice that the meeting of creditors , 341 meeting,  scheduled for Friday, April 15, 2011 has been moved back on consent to April 29th, 2011 at 10:00 A.M.

Yours truly,

/s/  Richard Tanenbaum

Richard Tanenbaum